■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE L. DAWKINS, Appellant. [36 NYS3d 824]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Kohm, J.), imposed April 17, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the portion of his sentence which included the imposition of a fine was excessive

(*see People v Sanders*, 25 NY3d 337 [2015]; *People v Lopez*, 6 NY3d 248 [2006]; *cf. People v Cookhorne*, 117 AD3d 1484 [2014]). Eng, P.J., Chambers, Austin, Roman and Duffy, JJ., concur.